Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Linda Murphy, Individually and as Successor in Interest of Kenneth Hoffman, Decedent

Plaintiff(s),

v.

Fresenius USA, Inc., et al.

Defendant(s).

Case No: 3:13-cv-03019

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kevin C. Newsom, an active member in good standing of the bar of the state of Alabama, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the Fresenius Defendants* in the above-entitled action. My local co-counsel in this case is Tamara Fraizer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Bradley Arant Boult Cummings LLP, 1819 Fifth Ave. N., Birmingham, AL 35203 | Fish & Richardson, 500 Arguello Street, Suite 500, Redwood City, CA 94063 |
| MY TELEPHONE # OF RECORD: (205) 521-8803 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 839-5097 |
| MY EMAIL ADDRESS OF RECORD: knewsom@babc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: fraizer@fr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ASB-2305-V78N.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-12-13

APPLICANT

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kevin C. Newsom is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 12, 2013

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Judge Maria-Elena James

*Fresenius USA, Inc.; Fresenius USA Manufacturing, Inc.; Fresenius Medical Care Holdings, Inc.; Fresenius Medical Care North America, Inc.; Fresenius USA Marketing, Inc.; and Bio-Medical Applications of Fremont, Inc., a/k/a Fresenius Medical Care Fremont (improperly named in the complaint as "Fresenius Medical Care Clinic")

PRO HAC VICE APPLICATION & ORDER                                          August 2012

# The Supreme Court of Alabama



## Certificate Of Admission

I, Robert G. Esdale, as Clerk of the Supreme Court of Alabama, do hereby certify that __Kevin Christopher Newsom__ was duly and legally admitted to practice law by the Supreme Court of Alabama on __April 24, 2005__ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on __June 21, 2013__

with the seal of the Supreme Court of Alabama attached.



Robert G. Esdale, Clerk
Supreme Court of Alabama